**AFFIDAVIT OF SERVICE** Index # 08 CIV 6184
Date Purchased: __July 8, 2008__

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
Date Filed: _____
**COUNTY**
Court Date: _____

ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd   PH: 516-483-2990
ADDRESS: 3 SURREY LANE  HEMPSTEAD  NY 11550   File No.:

*The Trustees of the Operative Plasterers and Cement Masons' International Association Local 262 f/k/a*
vs.                                                                                                                            *Plaintiff(s)/Petitioner(s)*
*R.P. Brennan and Neil Simmons d/b/a R.P. Brennan,*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU          SS.:

_____HARRY TORRES_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __July 22, 2008__ at __1:27 PM__
at __161 6th Avenue 12th Floor  New York, NY 10013__, deponent served the within **Summons, Complaint and Fed. R. CIV 7.1 (2)**

with Index Number __08 CIV 6184__, and Date Purchased __July 8, 2008__ endorsed thereon,
on: **Neil Simmons d/b/a R.P. Brennan**, **Defendant** therein named.

#1 INDIVIDUAL  [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to __MS. M. GONZALEZ - CO-WORKER__ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [X] On __July 24, 2008__, deponent completed service under the last two sections by depositing a copy of the __Summons, Complaint and Fed. R. CIV 7.1 (2)__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__  Color of skin __White__  Color of hair __Brown__  Age __21 - 35 Yrs.__  Height __5' 0" - 5' 3"__
(use with #1, 2 or 3)  Weight __100 - 130 Lbs.__  Other Features: __Glasses__

#8 WIT FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARY SRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER

Sworn to before me on this __29__ day of __July, 2008__

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0832252

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382